IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMUR NABIEV<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN, et al<br><br>    Respondent. | 3:26-cv-00132-CCW |

## CASE MANAGEMENT ORDER

The Court orders as follows:

1.   **Service**.  The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania this day.  This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2.   **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3.   **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **30 days** of the date of service.

DATED this 9th day of February, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge